JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HO YUAN CHEN and CHANG-HUA K. CHEN,<br><br>        Petitioners,<br><br>    v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE,<br><br>        Respondent. | Case No. MC 15-0048 CJC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 26, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE